Generated: Sep 30, 2024 2:17PM

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Sep 30, 2024 2:17PM

SEAN COMBS

Rcpt. No: 33291                     Trans. Date: Sep 30, 2024 2:17PM                     Cashier ID: #JE

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 24CR00542 ALC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.