**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America _ v.
Combs

**DOCKET NUMBER:** 24-2606

**COUNSEL'S NAME:** Alexandra A.E. Shapiro

**COUNSEL'S ADDRESS:** 1140 Avenue of the Americas
New York, NY 10036

**COUNSEL'S PHONE:** (212) 257-4881

**QUESTIONNAIRE**

☐ I am ordering a transcript.
☑ I am not ordering a transcript.  Reason: ☑ Daily copy available  ☐ U.S. Atty. placed order
☐ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☐ Pre-trial proceedings: _____
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☐ Sentencing: _____
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:  ☐ Funds  ☐ CJA Form 24

/s/ Alexandra A.E. Shapiro                     October 1, 2024
Counsel's Signature                                      Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____                           _____
Court Reporter's Signature                               Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.