UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2606

**Motion for:** To seal portions of motion

**Caption [use short title]:** United States v. Combs

Set forth below precise, complete statement of relief sought:

Appellant requests leave to file his motion under seal with partial redactions.

**MOVING PARTY:** Appellant Sean Combs
**OPPOSING PARTY:** United States of America

☐ Plaintiff   ☒ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Alexandra A.E. Shapiro
**OPPOSING ATTORNEY:** Mary Christine Slavik

[name of attorney, with firm, address, phone number and e-mail]

Shapiro Arato Bach LLP
1140 6th Ave, 17th Fl., New York, NY 10036
(212) 257-4880; ashapiro@shapiroarato.com

United States Attorney's Office, SDNY
26 Federal Plaza, New York, NY 10278
(212) 637-1113; mary.slavik@usdoj.gov

Court- Judge/ Agency appealed from: Hon. Andrew L. Carter / U.S. District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ Alexandra A.E. Shapiro   **Date:** October 8, 2024   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Appellee,<br><br>v.<br><br>SEAN COMBS,<br><br>　　　　　Defendant-Appellant. | No. 24-2606-cr<br><br>DECLARATION OF<br>ALEXANDRA A.E. SHAPIRO<br>IN SUPPORT OF MOTION<br>OF DEFENDANT-APPELLANT<br>TO SEAL BRIEF |

**Alexandra A.E. Shapiro**, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney admitted to practice before this Court. I am a partner at Shapiro Arato Bach LLP, attorneys for Appellant Sean Combs in this appeal. I submit this declaration in support of Mr. Combs' motion to file under seal with partial redactions his motion for pre-trial release on conditions.

2. This is an appeal from the district court's order denying pre-trial release on conditions and ordering Mr. Combs detained pending trial. On October 7, 2024, the district court entered a Protective Order governing discovery in the district court proceedings. *See* Protective Order, *United States v. Combs*, 24-cr-542 (AS) (S.D.N.Y.), ECF 26.

3. Mr. Combs' motion for pre-trial release on conditions includes a reference to information that was produced by the government with an "Attorney's Possession Only" designation as described in the Protective Order. The Protective

1

Order provides that in the event either party wishes to include such material in a public filing, the party must file the material under seal absent agreement from the opposing party that such restriction may be lifted.

4. Given the obligations imposed by the district court's Protective Order, Mr. Combs is filing a public version of his motion for pre-trial release on conditions with partial redactions and an unredacted copy under seal pending determination of this motion.

5. We contacted the prosecutors to request their position on this motion, but they have not yet responded.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
       October 8, 2024                       /s/Alexandra A.E. Shapiro
                                             Alexandra A.E. Shapiro