# AGNIFILO INTRATER

---

October 9, 2024

VIA ECF
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Combs*, No. 24-2606

Dear Ms. Wolfe:

    We write on behalf of Marc Agnifilo, Teny Geragos, and Anthony Ricco to notify the Court that we will not be serving as counsel of record for Appellant Sean Combs in this appeal, which involves a pending motion for bail (Dkt.16). Accordingly, we have not filed notices of appearance. While we remain counsel for Mr. Combs in the district court proceedings, Alexandra A.E. Shapiro will serve as lead counsel for purposes of this appeal and has filed an appearance (Dkt.9).

                        Respectfully submitted,

                        Marc Agnifilo
                        Teny Geragos

cc: Counsel of record