# 24-2606

# United States of America v. Combs

# Motion for Bail

# SEALED