UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty four,

United States of America,

    Appellee,

v.

Sean Combs, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**
Docket No. 24-2606

    Appellant moves to hold the appeal in abeyance.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant is instructed to file updates with this Court every two weeks regarding the status of the district court proceedings. Appellant is further instructed to notify this Court within three days of a decision by the district court on any subsequent bail motions. The panel will retain jurisdiction.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court