

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

November 8, 2024

VIA ACMS

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Combs*, No. 24-2606

Dear Ms. Wolfe:

    On behalf Defendant-Appellant Sean Combs, we write pursuant to the Court's October 24, 2024 Order (Dkt. 36) requesting a status update on the bail proceedings before the district court. Today, Mr. Combs filed a renewed motion for bail in the district court (Dkts. 60-62), which remains pending.

    Respectfully Submitted,

    /s/ Alexandra A.E. Shapiro

    Alexandra A.E. Shapiro

cc: All Counsel of Record (via ACMS)