

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

November 26, 2024

VIA ACMS

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Combs*, No. 24-2606

Dear Ms. Wolfe:

    On behalf Defendant-Appellant Sean Combs, we write pursuant to the Court's October 24, 2024 Order (Dkt. 36) requesting a status update on the bail proceedings before the district court. Mr. Combs' renewed motion for bail before the district court is fully briefed, the court held a hearing on the motion on Friday, November 22, 2024, and the motion remains sub judice.

                                                                           Respectfully Submitted,

                                                                           /s/ Alexandra A.E. Shapiro

                                                                           Alexandra A.E. Shapiro

cc: All Counsel of Record (via ACMS)